UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

COLUMBIA GAS TRANSMISSION, LLC,

    Plaintiff,

v.                                        Civil Action No. 2:15-cv-00418

ISAAC C. MACIAS
AND
ROSA ANDREA HERNANDEZ MADRIGAL,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Columbia Gas Transmission, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby voluntarily dismisses this action against defendants Isaac C. Macias and Rosa Andrea Hernandez Madrigal ("Defendants") with each party to bear its own costs, expenses and fees. Prior to the filing of this notice, Defendants have not served an answer or a motion for summary judgment.

Dated: January 21, 2016              Respectfully Submitted,

                                                   COLUMBIA GAS TRANSMISSION, LLC

                                                   By Counsel

/s/ Travis A. Sabalewski
Travis A. Sabalewski (VSB No. 47368)
Justin M. Sizemore (VSB No. 71859)
Reed Smith LLP
901 East Byrd Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
tsabalewski@reedsmith.com
jsizemore@reedsmith.com

-2-

Michael S. Dingman (VSB No. 30031)
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: (703) 641-4323
Facsimile: (703) 641-4340
mdingman@reedsmith.com

*Counsel for Columbia Gas Transmission, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Isaac C. Macias
>1448 Culpepper Avenue
>Chesapeake, VA 23323
>
>Isaac C. Macias
>c/o Rosa Andrea Hernandez Madrigal
>14633 Pueblo Drive
>Manteca, CA 95336
>
>Rosa Andrea Hernandez Madrigal
>14633 Pueblo Drive
>Manteca, CA 95336
>
>*Defendants*

>/s/ Travis A. Sabalewski
>Travis A. Sabalewski (VSB No. 47368)
>Reed Smith LLP
>Riverfront Plaza - West Tower
>901 East Byrd Street, Suite 1700
>Richmond, VA 23219
>Telephone: (804) 344-3400
>Facsimile: (804) 344-3410
>tsabalewski@reedsmith.com
>Counsel for Columbia Gas Transmission, LLC